UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Government,<br><br>   -against-<br>CARLOS OLMEDO ARMIJOS RAMON,<br><br>                    Defendant. | 25mj01797-UA-1<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The status conference set for June 11, 2025 for 3 PM in front of Judge Robyn F. Tarnofsky is cancelled.

DATED:  June 9, 2025
                New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge