UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/10/2026___

-------------------------------------------------------------------X

    UNITED STATES OF AMERICA      :

          -against-         :       25-MJ-01797

    CARLOS OLMEDO ARMIJOS RAMON,    :       SCHEDULING ORDER

             Defendant.    :

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the parties appear for an initial conference in this matter on **Wednesday, March 11, 2026, at 3:30 P.M.**  The conference will take place in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Date:  March 10, 2026
       New York, NY

_____
       VALERIE CAPRONI
       United States District Judge